UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

| | | |
|---|---|---|
| Case No. | **CV 23-4664-MWF(AGRx)** | Dated: AUGUST 14, 2023 |
| Title: | Leopoldo Ariola et al v. Raytheon CA Technologies Corporation et al | |

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

| Yolanda Skipper | Amy Diaz |
|---|---|
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:

Melissa Rose Rinehart                                     Michael Afar

PROCEEDINGS:  PLAINTIFF'S MOTION TO REMAND [19] [17] VIA ZOOM.

The Courtroom Deputy Clerk issues the Court's tentative ruling, prior to the hearing.

Case called, and counsel make their appearance. The Court invites counsel to present their oral arguments. Arguments by counsel are heard. For the reasons stated on the record, the Court takes the matter under submission. An order will issue.

Initials of Deputy Clerk   ys

:07 mins.