JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEOPOLDO ARIOLA, individually, and on behalf of other members of the general public similarly situated and on behalf of other aggrieved employees pursuant to the California Private Attorneys General Act;<br><br>Plaintiff,<br><br>vs.<br><br>RAYTHEON (CA) TECHNOLOGIES CORPORATION, a Delaware corporation; RAYTHEON COMPANY, a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-04664-MWF(AGRx)<br><br>**ORDER GRANTING JOINT NOTICE OF SETTLEMENT AND STIPULATION TO REMAND TO STATE COURT AND VACATE ALL FUTURE DEADLINES** |

# ORDER

This Court, having reviewed the Parties' Joint Stipulation to Remand to State Court and Vacate all Future Deadlines (Docket No. 37), and good cause appearing, **ORDERS** as follows:

1. The Parties' stipulation is approved.
2. Plaintiff's Class Action (Central District of California Case No. 2:23-cv-04664-MWF-AGR and Los Angeles Superior Court underlying Case No. 23STCV10195), *entitled Leopoldo Ariola et al. v. Raytheon CA Technologies Corporation et al.*, is hereby **REMANDED** to the Superior Court of California, County of Los Angeles, before the Honorable David S. Cunningham III in Department 11 of the Spring Street Courthouse located at 312 North Spring Street, Los Angeles, CA 90012.
3. Plaintiff's PAGA Action (Central District of California Case No. 2:23-cv-04691-MWF-AGR and Los Angeles Superior Court underlying Case No. 23TRCV01456), *entitled Leopoldo Ariola et al. v. Raytheon CA Technologies Corporation et al.*, is hereby **REMANDED** to the Superior Court of California, County of Los Angeles, before the Honorable Alan B. Honeycutt in Department E of the Torrance Courthouse located at 825 Maple Avenue, Torrance, CA 90503.
4. All future deadlines, including the Parties' September 2, 2024, deadline to provide initial disclosures, to confer on a discovery plan, and to file a Joint Report 26(f) Report, are hereby vacated.

**IT IS SO ORDERED.**

Dated: August 22, 2024

_____
MICHAEL W. FITZGERALD
United States District Judge

**ORDER GRANTING JOINT NOTICE OF SETTLEMENT AND STIPULATION TO REMAND TO STATE COURT AND VACATE ALL FUTURE DEADLINES**

312991381v.1